UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**Disability Rights Louisiana**                                        NO: 3:25-CV-00821

**VERSUS**

**William "Beau" Clark, M.D. in his Official**            **MAGISTRATE JUDGE:**
**capacity as Coroner for East Baton Rouge Parish**      **SCOTT D. JOHNSON**
**************************************************************************

## MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)

NOW INTO COURT, through undersigned counsel, comes Defendant, Dr. William "Beau" Clark, East Baton Rouge Parish Coroner, in his Official Capacity, (herein referred to as "Dr. Clark" and/or "Coroner"), who files this Motion to Dismiss for lack of standing and failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b) & (6). Based upon the pleadings filed in this case, this Motion should be granted, and Plaintiff's claims against Mover should be dismissed.

WHEREFORE, Defendant, Dr. Clark, respectfully prays that after all due proceedings be had, this Motion to Dismiss be granted, and Plaintiff's claims against him be dismissed, with prejudice, for failure to state a claim upon which relief can be granted, with all costs of this action being assessed to Plaintiff.

Respectfully Submitted By,

**HANNAH, COLVIN & PIPES, L.L.P.**
10626 Timberlake Drive
Baton Rouge, LA 70810
Telephone: (225) 766-8240
Facsimile: (225) 766-5546
wrpipes@hcpllp.com
baydell@hcpllp.com
bpino@hcpllp.com

　/s/ Blake A. Pino
W. Ransom Pipes (Bar No. 17748)
Blaine T. Aydell (Bar No. 34430)
Blake A. Pino (Bar No. 34712)
*Counsel for Defendant, Dr. William "Beau" Clark, M.D. in his official capacity as Coroner for East Baton Rouge Parish*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of October, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECT system which will send a notice of electronic filing upon counsel for all parties. Notice of this filing will be sent by operation of the court's electronic filing system to counsel of record.

/s/ Blake A. Pino

2