UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DISABILITY RIGHTS LOUISIANA, | * | CIVIL ACTION NO.: 3:25-cv-00821-SDJ |
| Plaintiff, | * | JUDGE: UNDESIGNATED |
| VS. | * | MAGISTRATE JUDGE: SCOTT D. JOHNSON |
| WILLIAM "BEAU" CLARK, M.D., in his official capacity as Coroner for East Baton Rouge Parish, | * | |
| Defendant. | * | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Plaintiff Disability Rights Louisiana respectfully moves the Court to grant permission for undersigned counsel Jonathan Delman, Louisiana Bar No. 40338, to withdraw as counsel of record.

In support of this motion, counsel represents that Mr. Delman will no longer associated with Disability Rights Louisiana as of November 7, 2025. Ms. Bray and Mr. Courson will remain counsel of record for Plaintiffs.

WHEREFORE, Plaintiffs pray that Jonathan Delman be withdrawn as counsel of record.

Respectfully submitted this 31st day of October, 2025,

_____
Melanie Bray, La. Bar No. 37049
J. Dalton Courson, La. Bar No. 28542
Disability Rights Louisiana
8325 Oak Street
New Orleans, LA 70118
504-208-4151
504-272-2531 (fax)
mbray@disabilityrightsla.org
dcourson@disabilityrightsla.org

_____
Jonathan Delman, La. Bar No. 40338
Disability Rights Louisiana
8325 Oak Street
New Orleans, LA 70118
jdelman@disabilityrightsla.org

2